**Michael Leroy BEARS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 40528.**

Missouri Court of Appeals,
Western District.

Dec. 6, 1988.

Jim Lynn, Columbia, for appellant.

---

1. Revised Statutes of Missouri, 1986.

---

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, P.J., and
MANFORD and GAITAN, JJ.

### ORDER

PER CURIAM.

Appeal from denial, after evidentiary hearing, of Rule 27.26 motion for post-conviction relief.

JUDGMENT AFFIRMED. Rule 84.-16(b).

---

**T.J.C., Appellant,**